Lucretia L. Peterson, appellee, v. J. F. Long, appellant. Gen. No. 29,815.

Action for personal injury sustained in an automobile collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed May 11, 1925.

Thomas J. Hickey, for appellant. Elmer J. Schnackenberg, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

A. E. Schmalz and D. Burrows, trading as Burrows & Company, appellees, v. Commercial Casualty Insurance Company, appellant. Gen. No. 29,833.

Suit on insurance policy indemnifying plaintiffs against liability under the Workmen's Compensation Act. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed. Opinion filed May 11, 1925.

J. A. Bloomingston and J. A. Tracy, for appellant. No appearance for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Elkin Ginsburg, appellee, v. Bull Dog Auto Fire Insurance Association of Chicago, appellant. Gen. No. 29,894.

Suit on policy of insurance against loss of automobile by theft. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed. Opinion filed May 11, 1925. Rehearing denied May 25, 1925.

Louis J. Behan and William J. Corrigan, for appellant. Abraham Lepine, for appellee.

Mr. Justice Matchett delivered the opinion of the court.